Eastern District of Kentucky
**FILED**

AUG 15 2022

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**UNITED STATES OF AMERICA**

V.            INFORMATION NO. 6:22-CR-048-REW
              18 U.S.C. §§ 371, 922(a)(3), & 924(a)(1)(D)

**CHADWICK RAY**

* * * * *

**THE UNITED STATES ATTORNEY CHARGES:**

Beginning on or about a date in July 2020 and continuing through on or about a date in April 2021, in Pulaski County, in the Eastern District of Kentucky, and elsewhere,

**CHADWICK RAY**

did knowingly and willfully conspire with K.G., J.S., a third co-conspirator (herein, "CC"), and others, while not being licensed importers, manufacturers, dealers, and collectors of firearms within the meaning of Chapter 44 of Title 18, United States Code, to transport into and receive in the State of Illinois, where CC resided, firearms purchased and otherwise obtained outside the State of Illinois, in violation of 18 U.S.C. §§ 922(a)(3) and 924(a)(1)(D).

*Manner and Means*

The object of the conspiracy was to be accomplished, in substance, by K.G. and J.S. obtaining firearms in Kentucky, including through repeated purchases from RAY, and J.S. then transporting the firearms to CC in Illinois. CC also traveled to Kentucky to

purchase firearms at flea markets and then provided the firearms to J.S. to later transport back to CC in Illinois.

### *Overt Acts*

In furtherance of the conspiracy and to effect and accomplish the object thereof, the following overt acts, among others, were committed within the Eastern District of Kentucky and elsewhere:

a. On or about November 12, 2020, K.G. coordinated with RAY to have J.S. pick up from RAY's residence a firearm K.G. had agreed to purchase from RAY, which firearm was a Smith & Wesson M&P 45 pistol bearing serial number DSY8948.

b. On or about December 9, 2020, K.G. informed J.S. that CC had inquired whether J.S. could be in Chicago, Illinois "by Friday" because CC had "a few sold already," and J.S. confirmed he could "be there tomorrow."

c. On or about March 8, 2021, RAY agreed via Facebook Messenger to sell to K.G. a Springfield XD9 pistol bearing serial number BY529416.

d. On or about March 9, 2021, RAY, having coordinated with K.G., provided the Springfield XD9 pistol bearing serial number BY529416 to J.S. in Somerset, Kentucky.

e. On or about April 10, 2021, J.S., having received confirmation from K.G. that CC was ready to receive firearms, transported firearms to CC in Chicago, Illinois.

All in violation of 18 U.S.C. § 371.

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not more than 5 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.